IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JIM WHITE GROUP, INC.,

                Plaintiff,                REMAND ORDER

  v.

                                              14-cv-232-jdp

HOLLEY MOULDING, INC.,
MILLFAB, INC., CONCEPT
FINANCIAL GROUP, INC.,
NORTHWOODS HARDWOOD
LUMBER COMPANY, INC.

                Defendant.

---

      Plaintiff's motion to remand and its request for attorney fees and expenses, Dkt. 9, is GRANTED for the reasons stated at the hearing held July 1, 2014. This case is REMANDED to the Circuit Court for Dane County. The clerk is directed to return the record to the state court, and to mail a certified copy of this order to the clerk of the state court.

      Plaintiff has until July 11, 2014, to submit an itemization of the reasonable actual attorney fees and expenses incurred in connection with its motion to remand. Defendants may submit any objections to plaintiff's itemization by July 18, 2014. Counsel for the parties are encouraged to reach agreement as to the amount of plaintiff's reasonable actual attorney fees and expenses. If the parties reach agreement, they may submit a stipulation to that effect and the court will vacate any subsequent deadlines concerning plaintiff's fees and expenses.

      Dated this 2nd day of July, 2014.

                                                                BY THE COURT:
                                                                /s/
                                                                JAMES D. PETERSON
                                                               District Judge